UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>CURAGEN CORPORATION<br><br>Defendant. | DOCKET NO. 05-10860WGY |

### Affidavit of Proof of Service of Summons and Complaint

I, Richelle A. Nessralla, being duly sworn, depose and say as follows:

1. I am the Associate Counsel for the Massachusetts Institute of Technology, the Plaintiff in this action.

2. On April 28, 2005, I sent a true and correct copy of the Summons and Complaint in this action, by first-class mail, postage prepaid, certified mail, return receipt requested to Jonathan M. Rothberg, President of Curagen Corporation with an address at 555 Long Wharf Drive, 11th Floor, New Haven, CT 06511. I have received acknowledgment from the U.S. Postal Service that the documents were delivered on May 2, 2005 (a copy of which is enclosed).

Signed under the pains and penalties of perjury on this 5th day of May, 2005.

_____
Richelle A. Nessralla
Massachusetts Institute of Technology
77 Massachusetts Avenue, 12-090
Cambridge, MA 02139
Tel.: 617-452-5943
BBO#: 640509



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Richelle A. Nessralla, Esq.
Massachusetts Institute of Technology
77 Massachusetts Avenue, 12-090
Cambridge, MA
02139