UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY<br><br>Plaintiff<br><br>v.<br><br>CURAGEN CORPORATION,<br><br>Defendant. | CIVIL ACTION NO. 05-10860WGY |

FILED
CLERK'S OFFICE

2005 MAY 20  P 1:09

U.S. DISTRICT COURT
DISTRICT OF MASS.

NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF, MASSACHUSETTS
INSTITUTE OF TECHNOLOGY

Pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff, Massachusetts Institute of Technology, voluntarily dismisses the above-entitled action with prejudice.

MASSACHUSETTS INSTITUTE
OF TECHNOLOGY

By its attorney,

Mark C. DiVincenzo, Esq.
BBO No. 552818
Litigation and Risk Management Counsel
Massachusetts Institute of Technology
77 Massachusetts Avenue, Bldg. 12-090
Cambridge, Massachusetts 02139

Dated: May 20, 2005

1